JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWAY MENGISTU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-5951 FMO (JPRx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge